Stephean C. Chute, Esq.
Four Ottawa Road
Ottawa Park
Cape Elizabeth, Maine
04107
207 650 4216
stephean.chute@ishofn.com
*Pro Hac Vice* (Granted)

*Attorneys For Respondent*
Phyto-Charter, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SPLIETHOFF TRANSPORT B.V.

                *Petitioner*

            -against-                  20 Civ. 3283

PHYTO-CHARTER, INC.

               *Respondent*

-----------------------------------------------------X


### NOTICE OF APPEAL
### ORDER COMPELLING ARBITRATION
### AND FOR
### APPOINTMENT OF ARBITRATOR

Now Comes Respondent, Phyto-Charter, Inc. by and through Counsel and makes **Notice Of Appeal** pursuant to Fed. R. App. P. 3(a)(1) to entry of Opinion and Order Compelling Arbitration pursuant to 9 U.S.C § 4; and dated May 13th, 202. [1:20-cv-03283-JPO ECF 25]

1

Dated this  25th day of May, 2021

/s/ Stephean C. Chute

Stephean C. Chute, Esq.
Maine Bar No. 6828
Four Ottawa Road
Ottawa Park
Cape Elizabeth, Maine 04107
207 650 4216
stephean.chute@ishofn.com
*Pro Hac Vice* (Granted)

CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that on this 25th, day of  May, 2021, I served a copy of the foregoing pleadings by electronic notification using the CM/ECF system and or First Class US Mail to the following:

Peter Skoufalos
Brown Gavalas & Fromm LLP
505 Fifth Avenue
New York, New York 10017
pskoufalos@browngavalas.com