UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPLIETHOFF TRANSPORT B.V., <br> Petitioner, <br><br> -v- <br><br> PHYTO-CHARTER INC., <br> Respondent. | 20-CV-3283 (JPO) <br><br> ORDER |

J. PAUL OETKEN, District Judge:

For the reasons stated on the record at the conference held on April 19, 2022, the request to appoint a single arbitrator is granted. The Court hereby appoints Charles B. Anderson, who is on the member roster of the Society of Maritime Arbitrators.

The Court having granted Petitioner's petition to compel arbitration (Dkt. 25) and now having appointed an arbitrator, there remains no further action to be taken in this case, unless and until there is an arbitration award. The Court will therefore administratively close this case without prejudice to reopening upon application of one of the parties.

The Clerk of Court is directed to mark this case as closed.

SO ORDERED.

Dated: April 19, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge