UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SPLIETHOFF TRANSPORT B.V.,

            Petitioner,            20 **CIVIL** 3283 (JPO)

    -against-                     **JUDGMENT**

PHYTO-CHARTER INC.,

            Respondent.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 18, 2023, Petitioner's cross-motion to confirm the final arbitration award (ECF No. 38) is GRANTED. Respondent's motion to vacate the final arbitration award (ECF No. 34), motion for discovery (ECF No. 35), motion to stay (ECF No. 41), and motion to disqualify counsel (ECF No. 42) are DENIED; accordingly, the case is closed.

**Dated**: New York, New York
        September 18, 2023

                                                                 **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                               **BY:**

                                                                  **Deputy Clerk**